FILED

02/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0217

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0217

_____

JULIE KOSTELECKY, an individual, on behalf of
herself and her minor child S.M.K.; and JASON
KOSTELECKY, an individual, on behalf of
himself and his minor child S.M.K.,

     Plaintiffs and Appellants,

                                     O R D E R

  v.

PEAS IN A POD LLC; LACEY ALLEN; ERICA
WILLIAMS; JANE AND JOHN DOES 1-10,

     Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rienne H. McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 16 2022